# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LEON WILLIAMS**
**ADC #088381**                                                                 **PETITIONER**

v.                          No. 5:17-cv-334-DPM

SISSIN, Parole Officer; ARKANSAS
DEPARTMENT OF COMMUNITY
CORRECTION; BOARD OF CORRECTIONS;
ARKANSAS DEPARTMENT OF CORRECTION;
and WENDY KELLEY,* Director, ADC                                          **RESPONDENT**

## ORDER

Williams hasn't paid the filing fee or filed an application to proceed *in forma pauperis;* and the time to do so has passed. № 2 & № 3. His petition will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2018

---

* The Court directs the Clerk to correct the spelling of Director Kelley's name on the docket.