# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LEON WILLIAMS**
**ADC #088381**                                                    **PETITIONER**

**v.**                          **No. 5:17-cv-334-DPM**

**SISSIN, Parole Officer;  ARKANSAS**
**DEPARTMENT OF COMMUNITY**
**CORRECTION;  BOARD OF CORRECTIONS;**
**ARKANSAS DEPARTMENT OF CORRECTION;**
**and WENDY KELLEY, Director, ADC**          **RESPONDENT**

## JUDGMENT

Williams's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2018